SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, JORGE PALENZUELA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:11–CR-00174-AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date:         Tuesday, January 3, 2012 |
| JORGE PALENZUELA, | ) ) | Time:         9:00 a.m. Courtroom:  Honorable Anthony W. Ishii |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his respective attorney, to continue the Status Conference hearing from Tuesday, January 3, 2012 at 9:00 a.m. to Tuesday, January 17, 2012 at 9:00 a.m.  The reason for this continuance is that defense counsel is consulting with an immigration specialist that cannot meet with counsel until Tuesday, January 4, 2012.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED: December 13, 2011               /s/   Salvatore Sciandra
                                                            SALVATORE SCIANDRA
                                                            Attorney for Defendant,
                                                            JORGE PALENZUELA

/ / /

/ / /

1  DATED:  December 13, 2011                 /s/   Henry Z. Carbajal
2                                            Henry Z. Carbajal, III
                                             Assistant United States Attorney
3                                            Agreed to via telephone on 12/13/11

4                                   **ORDER**

5  IT IS SO ORDERED.

6
   Dated:    December 14, 2011
7                                            _____
                                             CHIEF UNITED STATES DISTRICT JUDGE
8