SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, JORGE PALENZUELA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JORGE PALENZUELA, ) <br> ) <br> Defendant. ) <br> ) | CASE NUMBER: 1:11–CR-0174-AWI <br><br> STIPULATION AND ORDER FOR A RESETTING OF SENTENCING HEARING <br><br> Date:     Monday, April 23, 2012 <br> Time:    10:00 a.m. <br> Courtroom: Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney of record, that the time set for the Sentencing Hearing set for Monday, April 23, 2012 at 10:00 a.m. be moved forward to Monday, April 2, 2012 at 10:00 a.m. The reason for moving this date is to avoid the possibility that Mr. PALENZUELA's incarceration credits will exceed his sentence.

                                              Respectfully submitted,

DATED: March 27, 2012                    /s/   Salvatore Sciandra
                                              SALVATORE SCIANDRA
                                              Attorney for Defendant,
                                              JORGE PALENZUELA

/ / /

/ / /

/ / /

/ / /

1  ///

2  ///

3  ///

4  DATED:  March 27, 2012				/s/   Henry Carbajal
						HENRY CARBAJAL
5						Assistant United States Attorney

6						This was agreed to via email on 3/21/12

7

8						**ORDER**
   IT IS SO ORDERED.
9

10  Dated:     March 27, 2012

						_____
11						CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. JORGE PALENZUELA
STIPULATION AND ORDER FOR A RESETTING OF SENTENCING HEARING
CASE NUMBER: 1:11–CR-0174-AWI                                                                                                  2